UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

YENNY FERNANDA GONZALEZ RODRIGUEZ,

Petitioner,

v.

ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

Case No.: 3:26-cv-4403-CAB-DEB

**ORDER SUMMARILY DISMISSING PETITION**

Petitioner Yenny Fernanda Gonzalez Rodriguez has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Upon review, the Court notes that Petitioner already has another pending habeas petition assigned to this Court. *See* Case. No. 3:26-CV-3729-CAB-DEB.

///

///

///

///

///

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, the Petition provides no new information or grounds for relief that are not raised in the petition already pending before this Court. Therefore, the Court **DISMISSES** this Petition **WITHOUT PREJUDICE**.

It is **SO ORDERED**.

Dated: August 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge